**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MARK R. ECKHART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-02176-TC-GEB |
| ) | |
| ASCEND LEARNING, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mark R. Eckhart and Defendant Ascend Learning, LLC stipulate to the dismissal of all claims in this action with prejudice, with each of the parties to bear his or its own costs.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Eric W. Smith
    Eric W. Smith    KS #16539
    Rik N. Siro    KS FED #77812
    Athena M. Dickson    KS #21533
    Raymond A. Dake    KS FED #78448
    Ryan P. McEnaney    MO #70235
    1621 Baltimore Avenue
    Kansas City, Missouri 64108
    816.471.4881 (Tel)
    816.471.4883 (Fax)
    esmith@sirosmithdickson.com (email)
    rsiro@sirosmithdickson.com (email)
    adickson@sirosmithdickson.com (email)
    rdake@sirosmithdickson.com (email)
    rmcenaney@sirosmithdickson.com (email)
**ATTORNEYS FOR PLAINTIFF**

2

      **LITTLER MENDELSON P.C.**

By /s/ Jeannie M. DeVeney
   Jeannie M. DeVeney, #17445
   Direct: 816.627.4405
   E-Fax: 816.817.1453
   jdeveney@littler.com
   Alyssa M. Sediqzad, #27258
   Direct: 816.627.4442
   E-Fax: 816.817.8031
   asediqzad@littler.com
   1201 Walnut Street, Suite 1450
   Kansas City, MO 64106
**ATTORNEYS FOR DEFENDANT**